# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 29 PM 4:26

JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,

                          Plaintiffs,
         vs

DOWNEY SAVINGS AND LOAN ASSN, F.A.; and Does 1 to 10,

                        Defendants.

BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 0945 J RBB**

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California  92037

An answer to the complaint which is herewith served upon you, within _____ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 5/29/08 |
|---|---|
| CLERK | DATE |

By   , Deputy Clerk

Summons in a Civil Action

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)