**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSN, F.A.; and Does 1 to 10,<br><br><br>Defendants. | CASE No. 3:08-cv-00945-W-RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Dept.:       Courtroom 7, 3rd Flr<br>Judge:      Hon. Thomas J. Whelan |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff John Sones voluntarily dismisses the above-captioned action without prejudice.

Dated: June 6, 2008                         BLUMENTHAL & NORDREHAUG

                                            By:   s/Norman B. Blumenthal
                                                  Norman B. Blumenthal
                                                  Attorneys for Plaintiff

G:\D\NBB\Sones v. Downey\p-notice-dismiss.wpd